OAO106 (Rev. 7/87) Affidavit for Search Warrant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 24 2002
at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

In the Matter of the Search of
*(Name, address or brief description of person, property or premises to be searched)*

Multicolored cardboard parcel weighing 7.8 pounds. Package further Identified by a red arabic numeral 4068 which is 1.25 inches in length and signed on a red-inked line below such number by Vincent Chun.

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number:   02-0273 KSC

I,   PPQO Naomi M.P. Wong   being duly sworn depose and say:

I am a(n)   Plant Protection and Quarantine Officer   and have reason to believe
*Official Title*

that [ ] on the person of or [X] on the property or premises known as (name, description and/or location)

See Attached Affidavit

in the _____ District of   HAWAII

there is now concealed a certain person or property, namely *(describe the person or property to be seized)*

See Attached Affidavit

which is *(state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)*

concerning a violation of Title   7   United States code, Section(s)   7701 et. seq.

The facts to support a finding of Probable Cause are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

*Naomi MP Wong*
Signature of Affiant

Sworn to before me and subscribed in my presence,

April 24, 2002                                at   Honolulu, Hawaii
Date                                              City and State

Kevin S. C. Chang
United States Magistrate Judge                    *KSC*
Name and Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

A. That she is a duly authorized federal law enforcement agent currently assigned to the Honolulu Postal Facility identified further by name *(1), title *(2), agency *(3), and *(4) years of experience enforcing federal agricultural quarantine laws as follows:

*1. NAOMI M.P. WONG
*2. PLANT PROTECTION AND QUARANTINE OFFICER
*3. ANIMAL AND PLANT HEALTH INSPECTION SERVICE
*4. 18

B. That the Animal and Plant Health Inspection Service is an agency of the U.S. Department of Agriculture responsible for the enforcement of the Plant Protection Act, 7 U.S.C. 7701 et. seq. and the regulations promulgated thereunder. The purpose of this law is to prevent the spread of dangerous plant diseases and insect infestations that are new to or not widely prevalent or distributed within or throughout the United States.

C. That the Animal and Plant Health Inspection Service detector dog handler identified below *(5) informed your affiant on the date *(6) indicated below that he obtained a parcel now identified below *(7) which was being sent through the U.S. Mail to a place in the United States outside the state of Hawaii and which does not bear any marking, certificate or limited permit indicating that it has been certified for shipment by APHIS, as required by 7 CFR 318.13.

The handler advised me that the agriculture detector dog named below *(8) conducted an exterior examination of the above described parcel. The dog handler advised that when the dog examined the parcel it alerted. The dog handler further advised that the dog alert indicates that the package contains one or more of the items (1) through (4) described in the attached warrant which are items subject to the above cited regulation. The dog handler further advised me that after the detector dog alerted the handler uniquely identified the said parcel by affixing an individualized red inked arabic number and signing his name under the individualized number.

*5. VINCENT CHUN
*6. April 23, 2002
*7. Multicolored cardboard parcel weighing 7.8 lbs. which is now being held in the APHIS office, Room 305 of the main Honolulu Post Office. The said parcel is further identified by a red-inked arabic numeral 4068 which is 1 1/4 inches in length and signed on a red-inked line below such number by Vincent Chun, the person who affixed such identification.
*8. DAKOTA

D. That your affiant advises the qualifications of the above named dog handler and detector dog or as more fully described in Attachment A which is attached hereto and is incorporated by reference herein.

E. That your affiant advises that 7 U.S.C. 7734 makes it a misdemeanor to violate 7 CFR 318.13 which prohibits moving or offering for shipment to any point in the United States outside Hawaii any fresh fruit or vegetable or other regulated article unless properly certified by APHIS and in a properly marked container.

F. That your affiant advises that in recent years numerous first class parcels were damaged in the mail thereby revealing their contents, and have been found to be moving in violation of the above cited law and regulation. Over 40 of these first class parcels contained one or more of the following items (1) through (4) described in the attached warrant and found to be infested with insect pests found in Hawaii but not in other states of the United States. The insects found in any one of the above parcels could be responsible for a pest outbreak similar to those that have cost over $200,000,000 in federal funds to eradicate in the years since 1976.

G. That based on the facts set forth in this Affidavit, your affiant submits there is probable cause to believe that regulated articles are being concealed in the parcel described and seeks the issuance of a search warrant, directing a search of the parcel as described in paragraph C and seizure of any regulated items contained therein.

Further affiant sayeth naught.

_____
Naomi M.P. Wong
PPQ Officer

Subscribed and sworn before me
this 24th day of April 2002.

_____
United States Magistrate Judge

ATTACHMENT A

Vincent Chun is a Plant Protection and Quarantine Officer employed by the U. S. Department of Agriculture, who has received special training and is experienced in the detection and identification of regulated and prohibited agricultural products. Officer Chun is also the trainer/handler of agricultural detector dog "Dakota".

In 1998, "Dakota" was trained during a 12-week training course at the National Detector Dog Training Center at Orlando, Florida, where the dog received special training in the identification of various agricultural products by the detection of their distinctive odors and once such odors are detected, to "alert" their handlers. The training "Dakota" received included the detection of fresh fruits and vegetables, and plant materials in different kinds of containers, such as baggage, parcels, mail, and cargo.

Officer Chun also went through the training course at Orlando, Florida in 1998.

Officer Chun has been "Dakota's" handler since December, 1998. Under Officer Chun's handling, the dog has undergone weekly maintenance training to maintain its proficiency in the detection of the agricultural items mentioned above. In order to pass this training, "Dakota" had to, at a minimum, correctly identify the odors of fresh fruits and vegetables, and plant materials at least twenty consecutive times.

Since March, 1999, "Dakota" has successfully identified fresh fruits and vegetables, and plant materials in various containers. "Dakota" has identified agricultural products 90% or more of the time.

Officer Chun believes that "Dakota" has been reliable both in training and on the job in detecting the odors of fresh fruits and vegetables, and plant materials.