OAO 93    (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

_____    District of    _____
                              Hawaii

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

Multicolored cardboard parcel weighing 7.8 lbs. Package further identified by a red-inked arabic numeral 4068 which is 1.25 inches in length and signed on a red-inked line below such number by Vincent Chun.

**SEARCH WARRANT**

Case Number: 02-0273 KSC

TO: Any Duly Authorized Federal Law Enforcement Officer and any Authorized Officer of the United States

_Affidavit_(s) having been made before me by    PPQO    Naomi M.P. Wong    who has reason to believe
                                                        Affiant

that [ ] on the person of, or [X] on the premises known as (name, description and/or location)

   See property description given in caption above.

in the _____ District of _____ Hawaii _____ there is now concealed a certain person or property, namely (describe the person or property)

   (1) Fresh fruits, (2) fresh vegetables, (3) live plants and parts thereof,
   (4) seeds and seed pods through the United States mails, possessed in
   violation of Title 7, United States Code, Sections 7701 et. seq.
   and evidence of said violations.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    May 3, 2002
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search    in the daytime — 6:00 AM to 10:00 P.M.    at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
   the United States Magistrate Judge    as required by law.
   U.S. Judge or Magistrate Judge

April 24, 2002    8:25 a.m.    at    Honolulu, Hawaii
Date and Time Issued                      City and State

Kevin S. C. Chang
United States Magistrate Judge                          _____
Name and Title of Judicial Officer                      Signature of Judicial Officer

AO 93 (Rev. 8/98) Search Warrant

# RETURN

| Case Number: | 02-0273KSC |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 24, 2002 | April 24, 2002  10:15am | WITHIN SUBJECT PARCEL |

INVENTORY MADE IN THE PRESENCE OF

THOMAS MIYAHARA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

0.8 lbs. fresh wingbeans
2 packages (1.8 lbs.) fresh bittermelon leaves
with 2 fruits.

FORWARDED:    Inspected and Released:
0.6 lbs. fresh marungai leaves
1.0 lbs. alokon
3.0 lbs. seaweed

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____  4/25/02
U.S. Judge or Magistrate Judge    Date

ORIGINAL